**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| **TAMARA LOCKE, as the Special** | ) | |
| **Administrator of the Estate of** | ) | |
| **QUINTEC LOCKE, deceased,** | ) | **Case No. 17 CV 5170** |
| | ) | |
| **Plaintiffs,** | ) | **Judge Kendall** |
| **v** | ) | |
| | ) | **Magistrate Judge Rowland** |
| **CITY OF CHICAGO and P.O. DAN** | ) | |
| **COJOCNEAN #15003, Individually** | ) | **JURY DEMAND** |
| | ) | |
| **Defendants,** | ) | |

**FIRST AMENDED COMPLAINT**

**NOW COMES** the Plaintiff, TAMARA LOCKE, as Special Administrator of the Estate of QUINTEC LOCKE, deceased, and their attorneys, Gregory E. Kulis & Associates, Ltd., and complaining against the Defendants, P.O. DAN COJOCNEAN #15003, individually, and the CITY OF CHICAGO, as follows:

**COUNT I – EXCESSIVE FORCE**

1) This action is brought pursuant the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois to redress deprivations of the civil rights of the Plaintiffs, TAMARA LOCKE, as Special Administrator of the Estate of QUINTEC LOCKE, deceased, accomplished by acts and/or of the Defendant, P.O. DAN COJOCNEAN #15003, individually and the CITY OF CHICAGO committed under color of law.

2) Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3) The Plaintiff, TAMARA LOCKE, as Special Administrator of the Estate of QUINTEC LOCKE, was at all relevant times, a resident of Illinois.

4) The Plaintiff, TAMARA LOCKE, is the sister of QUINTEC LOCKE, deceased.

5) The Defendant, P.O. DAN COJOCNEAN #15003, was at all relevant times, a duly appointed law enforcement officer employed by the Defendant, CITY OF CHICAGO, and acting within the scope of his employment and under color of law.

6) On or about July 1, 2017, the decedent was in the vicinity of the 2200 block of South Kostner in Chicago, Illinois.

7) The Defendant, P.O. DAN COJOCNEAN #15003 and his partner arrived on the scene of reports of individuals shooting weapons.

8) The Defendant, P.O. DAN COJOCNEAN #15003 and his partner were walking with their guns drawn when they came upon the decedent, QUINTEC LOCKE.

9) The Defendant P.O. DAN COJOCNEAN #15003, did not take normal precautions or follow the usual practice approaching a suspect.

10) The Defendant, P.O. DAN COJOCNEAN #15003 with his partner confronted the decedent, QUINTEC LOCKE.

11) Without just cause or just provocation, P.O. DAN COJOCNEAN #15003 shot the decedent, QUINTEC LOCKE several times.

12) Said use of deadly force was unprovoked and unwarranted.

13) The actions of the Defendant, P.O. DAN COJOCNEAN #15003, were intentional, willful and wanton.

14) As a result of the actions of the Defendant, P.O. DAN COJOCNEAN #15003, the decedent, QUINTEC LOCKE ultimately succumbed to his injuries and died.

2

15) Said actions of the Defendant, P.O. DAN COJOCNEAN #15003, were in violation of the decedent, QUINTEC LOCKE'S Fourth and Fourteenth Amendment rights as protected by 42 U.S.C. §1983.

16) As a result of said actions of the Defendant, P.O. DAN COJOCNEAN #15003, the decedent QUINTEC LOCKE and the Plaintiff, TAMARA LOCKE and THE ESTATE OF QUINTIC LOCKE, experienced pain and suffering, loss of life, monetary loss, and loss of enjoyment of life.

WHEREFORE, the Plaintiff, TAMARA LOCKE, as Special Administrator of the Estate of QUINTEC LOCKE, deceased, prays for judgment against the Defendant, P.O. DAN COJOCNEAN #15003, for compensatory damages in excess of One Million ($1,000,000.00) Dollars, reasonable punitive damages, plus attorneys' fees and costs.

## COUNT II – BATTERY / STATE LAW

1-13) The Plaintiff, TAMARA LOCKE, as Special Administrator of the Estate of QUINTEC LOCKE, deceased, re-allege paragraphs 3-15 of Count I as their respective allegations of paragraphs 1-13 of Count II as though fully set forth herein.

14) The actions of the Defendant, P.O. DAN COJOCNEAN #15003, constitute battery under Illinois State Law.

15) As a result of the actions of the Defendant, P.O. DAN COJOCNEAN #15003, the decedent, QUINTEC LOCKE, experienced pain, suffering, loss of life, and monetary loss.

WHEREFORE the Plaintiffs, TAMARA LOCKE, as Special Administrator of the Estate of QUINTEC LOCKE, deceased, prays for judgment against the Defendant, P.O JOHN DOE, for fair and reasonable compensatory damages and punitive damages, plus costs.

3

### COUNT III - FAMILY EXPENSE ACT

1-15)   The Plaintiff, TAMARA LOCKE, as Special Administrator of the Estate of QUINTEC LOCKE, deceased, re-allege their allegations of  paragraphs 1-15 of Count II as their respective allegations of paragraphs 1-15 of Count III as though fully set forth herein.

16)   At all relevant times, the Plaintiff, TAMARA LOCKE, was the sister of QUINTEC LOCKE, deceased.

17)   As a direct and proximate result of Defendant P.O. DAN COJOCNEAN'S #15003 actions, which caused the death of QUINTEC LOCKE, the Plaintiff, TAMARA LOCKE and the Estate has incurred funeral and burial expenses.

WHEREFORE the Plaintiff, TAMARA LOCKE, as Special Administrator of the Estate of QUINTEC LOCKE, deceased, pray for judgment against the Defendant, P.O. DAN COJOCNEAN #15003, for fair and reasonable compensatory damages and costs.

### COUNT IV—INDEMNIFICATION

1-48)   The Plaintiff hereby re-alleges paragraphs 1-17 of Count I, paragraphs 1-15 of Count II and paragraphs 1-16 of Count III as though fully set forth herein.

49)   Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

50)   At all times P.O. DAN COJOCNEAN #15003, was a police officer employed with CITY OF CHICAGO who acted within the scope of his employment in committing the misconduct described herein.

4

WHEREFORE, should Defendant, P.O. DAN COJOCNEAN #15003, be found liable for the acts alleged above, Defendant CITY OF CHICAGO would be liable to pay the Plaintiff any judgment obtained against said officer.

## JURY DEMAND

The Plaintiff, TAMARA LOCKE, as Special Administrator of the Estate of QUINTEC LOCKE, deceased, hereby requests a trial by jury.

Respectfully submitted,

By: /s/ Gregory E. Kulis
Gregory E. Kulis & Associates, Ltd.

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**312-580-1830**